CO-386-online
10/03

# United States District Court
# For the District of Columbia

ROCKY MOUNTAIN CLEAN AIR ACTION & )
WILDEARTH GUARDIANS )
)
)
        Plaintiff )
    vs )    Civil Action No._____
)
STEPHEN L. JOHNSON, in his official )
Capacity as Administrator, United States )
Environmental Protection Agency, )
)
        Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Rocky Mountain Clean Air Action__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Rocky Mountain Clean Air Act__ which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

MD 14062
BAR IDENTIFICATION NO.

Robert Ukeiley
Print Name

435 R Chestnut Street Suite 1
Address

Berea           KY          40403
City            State       Zip Code

859-986-5402
Phone Number