CO-386-online
10/03

# United States District Court
# For the District of Columbia

ROCKY MOUNTAIN CLEAN AIR ACTION & )
WILDEARTH GUARDIANS )
                                                            )
                                                            )
                vs        Plaintiff )    Civil Action No._____
                                                            )
STEPHEN L. JOHNSON, in his official capacity )
as Administrator, United States Environmental )
Protection Agency, )
                                                            )
                                       Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __WildEarth Guardians__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __WildEarth Guardians__ which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

MD 14062
BAR IDENTIFICATION NO.

Robert Ukeiley
Print Name

435 R Chestnut Street, Suite 1
Address

Berea       KY      40403
City        State     Zip Code

859-986-5402
Phone Number