UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ROCKY MOUNTAIN CLEAN AIR ACTION and, | ) ) ) |
| WILDEARTH GUARDIANS, | ) ) |
| Plaintiffs, | ) ) ) Civil Action No.  1:08-cv-01422 (RWR) |
| v. | ) ) |
| STEPHEN L. JOHNSON, In his official capacity as Administrator of the U.S. Environmental Protection Agency | ) ) ) ) ) ) |
| Defendant. | ) ) |

## UNOPPOSED MOTION FOR *PRO HACE VICE* ADMISSION OF ATTORNEY JOHN BARTH ON BEHALF

Pursuant to LCvR 83.2(d), Plaintiffs respectfully requests to have John Barth appear on behalf of the Plaintiffs in this case *pro hac vice*.  The undersigned Robert Ukeiley is a member of the Bar of this Court, is the attorney of record in this case, and sponsors this motion.  A declaration by James J. Tutchton accompanies this motion, which contains the certifications required by LCvR 83.2(d).

Undersigned counsel contacted defense counsel via email to determine Defendant's position on this motion.  Defense counsel stated via email that Defendant does not oppose this motion.

1

2

        Respectfully submitted,

        s/ Robert Ukeiley

        Robert Ukeiley
        Law Office of Robert Ukeiley
        435R Chestnut Street, Suite 1
        Berea, KY 40403
Tel:    (859) 986-5402
Fax:   (866) 618-1017
e-mail: rukeiley@igc.org

        Counsel for Plaintiffs
        Rocky Mountain Clean Air Action
        and WildEarth Guardians

Dated: August 26, 2008

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

ROCKY MOUNTAIN CLEAN )
AIR ACTION and, )
 )
WILDEARTH GUARDIANS )
 )
Plaintiffs, )
 )     Case No. 08-cv-01422-RWR
v. )
 )
STEPHEN L. JOHNSON )
In his official capacity as )
Administrator of the U.S. )
Environmental Protection Agency )
 )
 )
Defendant. )

---

### DECLARATION OF *PRO HAC VICE* APPLICANT ATTORNEY JOHN BARTH

---

1. My name is John Barth. I am the attorney seeking *pro hac vice* admission to this Court for the purpose of representing plaintiffs Rocky Mountain Clean Air Action and WildEarth Guardians in this case. I am a sole practitioner practicing law as John Barth, Attorney at Law. My address is P.O. Box 409, Hygiene, Colorado 80533 (303) 774-8868. I have been a continuously active member of the Bar of the State of Colorado since 1993 and a member of the Bar of the State of Pennsylvania since 1986 (currently inactive). I am currently a member of the bar in good standing in the State of Colorado. I am also a member of the bar of the U. S.

1

District Court for the District of Colorado and the U.S. Ninth and Tenth Circuit Courts of Appeal.

2. I have no pending disciplinary proceedings in any court or jurisdiction. I have never been subject to any public sanction in any court or jurisdiction.

3. In the past two years I have not applied, nor been admitted, to practice *pro hac vice* before this Court.

4. I do not engage in the practice of law from an office in the District of Columbia.

5. I certify that I have become familiar with the Local Rules of this Court and will abide by such rules.

Dated this 25th of August, 2008.

s/ John Barth

John Barth
Colorado Bar No. 22957
Attorney at Law
P.O. Box 409
Hygiene, Colorado 80533
303-774-8868
303-774-8899 (FAX)
barthlaw@aol.com

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ROCKY MOUNTAIN CLEAN AIR ACTION and, | ) ) ) |
| WILDEARTH GUARDIANS, | ) ) |
| Plaintiffs, | ) ) ) Civil Action No. 1:08-cv-01422 (RWR) |
| v. | ) ) |
| STEPHEN L. JOHNSON, In his official capacity as Administrator of the U.S. Environmental Protection Agency | ) ) ) ) ) ) |
| Defendant. | ) |

**[proposed] ORDER**

Upon consideration of Plaintiffs' unopposed motion to admit John Barth *pro hac vice*, it is hereby ORDERED that Plaintiffs' motion to admit John Barth *pro hac vice* is GRANTED, and it is hereby

FURTHER ORDERED that John Barth may appear before the Court on all matters concerning the above captioned case.

SIGNED this ____ day of _____, 2008.

_____
RICHARD W. ROBERTS
United States District Judge

1